```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DEMETER INVESTMENT HOLDINGS,                        :
                                                    :
                             Plaintiff,             :
              -against-                             :
                                                    :   24-CV-9485 (VEC)
                                                    :
J. STREICHER HOLDINGS, LLC and J.                   :          ORDER
STREICHER & CO., L.L.C.,                            :
                                                    :
                             Defendant.             :
-------------------------------------------------------------- :
                                                    X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 12, 2024, Plaintiff filed a Complaint against Defendants J. Streicher Holdings, LLC and J. Streicher & Co., L.L.C.; Compl., Dkt. 1;

WHEREAS Plaintiff alleges that this Court's subject matter jurisdiction in this matter is premised on diversity, *id.* ¶ 6;

WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs), *see Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010);

WHEREAS the Complaint alleges that Defendant J. Streicher Holdings, LLC is a limited liability company that is incorporated under the laws of the State of Delaware and has a principal place of business in New York, *see* Compl. ¶ 4;

WHEREAS the Complaint alleges that Defendant J. Streicher & Co., L.L.C. is a limited liability company that is incorporated under the laws of the State of New York and has a principal place of business in New York, *see id.* ¶ 5; and

WHEREAS the Complaint makes no allegations as to the citizenship of either Defendants' members, *see* Compl. ¶¶ 4–5;

IT IS HEREBY ORDERED that by no later than **Monday, December 23, 2024**, Plaintiff must file an amended complaint that cures the deficiencies described herein or the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

Date: December 16, 2024
New York, New York

                                                                                    _____
                                                                                    **VALERIE CAPRONI**
                                                                                    **United States District Judge**